JS - 6/ENTER

FILED
FEB 1 4 2013
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| DOUGLAS ELLIOTT,<br><br>             Petitioner,<br><br>         v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>             Respondent. | Case No. EDCV 13-00007-CJC (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated: February 14, 2013

_____
Cormac J. Carney
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
FEB 1 4 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY